IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1808 |
| | ) | |
| CITY OF PITTSBURGH, | ) | Judge Conti |
| | ) | Magistrate Judge Hay |
| Defendant. | ) | |

| | |
|---|---|
| CITY OF PITTSBURGH, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES L. DESMONE & ASSOCIATES | ) |
| tdba DESMONE &    ASSOCIATES | ) |
| ARCHITECTS, | ) |
| | ) |
| Third-Party Defendants. | ) |

| | |
|---|---|
| CHARLES L. DESMONE & ASSOCIATES | ) |
| tdba DESMONE & ASSOCIATES | ) |
| ARCHITECTS, | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAZZA ENGINEERING ASSOCIATES, | ) |
| Inc., | ) |
| Fourth-Party Defendant. | ) |

**O R D E R**

AND NOW, this 15th day of December, 2005, after the plaintiff, Norfolk Southern Railway Company, filed an action in the above-captioned case, and after a Motion for Supersedeas and Order Suspending Injunction During Pendency of Appeal Pursuant to Federal Rules of Civil Procedure 62(c) was filed by defendant, City of Pittsburgh, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendant, and the response to those objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's Motion for Supersedeas and Other Suspending Injunction During Pendency of Appeal Pursuant to Federal Rules of Civil Procedure 62(c) is DENIED.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:  Honorable Amy Reynolds Hay
United States Magistrate Judge

W. Gregory Rhodes, Esquire
Klett, Rooney, Lieber & Schorling
One Oxford Centre
40th Floor
Pittsburgh, PA 15219

Jacqueline R. Morrow, City Solicitor
John G. Shorall, II, Associate City Solicitor
Matthew F. Dolfi, Assistant City Solicitor
City of Pittsburgh Department of Law
313 City-County Building
414 Grant Building
Pittsburgh, PA 15219

Samuel H. Simon, Esquire
Houston Harbaugh, P.C.
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222

Arthur J. Murphy, Jr., Esquire
Donald G. Lucidi, Esquire
Murphy Taylor, L.L.C.
326 Third Avenue
Pittsburgh, PA 15222