## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) No. 04-1808 |
| v. | ) ) Judge Gary L. Lancaster / Magistrate |
| CITY OF PITTSBURGH, | ) Judge Amy Reynolds Hay ) |
| Defendant, | ) ) |
| v. | ) ELECTRONICALLY FILED ) |
| CHARLES L. DESMONE & ASSOCIATES, D/B/A DESMONE & ASSOCIATES ARCHITECTS, | ) ) ) ) |
| Third-Party Defendant. | ) |

### WITHDRAWAL OF MOTION FOR CONTEMPT

Plaintiff Norfolk Southern Railway Company ("Norfolk Southern"), by and through its undersigned counsel, respectfully withdraws the Motion for Contempt filed with this Court on August 15, 2006. The City of Pittsburgh has now paid the amounts due and owing as of this date in accordance with the Court's Order dated March 21, 2006. Norfolk Southern reserves the right to seek payment of its reasonable attorneys' fees and costs incurred in connection with the filing of the Motion for Contempt in the event that it becomes necessary to file another such motion at a later date.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, PC

By: /s/ W. Gregory Rhodes
    W. Gregory Rhodes, Esquire
    Pa. ID No. 60024
    Brian H. Simmons, Esquire
    Pa. ID No. 84187

20th Floor, One Oxford Centre
Pittsburgh, PA 15219
(412) 392-2177

Attorneys for Plaintiff Norfolk Southern Railway Company

SO ORDERED, this 20th day of December, 2006.

_____
Gary L. Lancaster, U.S. District Judge